UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ERICA MANDRELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 3:22-cv-00515 |
| | ) |
| KILOLO KIJAKAZI, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. No. 21) recommending that the Court grant Defendant's motion to enter judgment reversing and remanding the Commissioner's decision (Doc. No. 19) and deny as moot Plaintiff's motion for judgment on the record (Doc. No. 16). Because no objections have been filed, the district court is not required to review the R&R *de novo*. Thomas v. Arn, 474 U.S. 140, 151 (1985).

The Court has nonetheless reviewed the R&R and the file in accordance with Rule 72 of the Federal Rules of Civil Procedure. Accordingly, the Magistrate Judge's Report and Recommendation (Doc. No. 21) is **APPROVED** and **ADOPTED**. The Defendant's motion (Doc. No. 19) is **GRANTED**, the decision of the Commissioner is **REVERSED**, the case is **REMANDED** for further proceedings, and Plaintiff's motion for judgment on the record (Doc. No. 16) is **DENIED AS MOOT**.

This Order constitutes a final judgment pursuant to Federal Rule of Civil Procedure 58, and the Clerk is directed to close the file.

1

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE