UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ERICA MANDRELL, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:22-cv-00515 |
| FRANK BISIGNANO, Acting Social Security Commissioner | ) |
| Defendant. | ) |

# ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. No. 30) recommending that the Court grant Erica Mandrell's motion for attorneys' fees (Doc. No. 26). Ms. Mandrell filed a timely objection, which is more of a request for clarification. (Doc. No. 31).

The R&R (Doc. No. 30) is **ADOPTED** as modified to reflect the Court's agreement with Plaintiff's requested clarification. Plaintiff's motion for attorneys' fees (Doc. No. 26) is **GRANTED** as follows: (1) the Social Security Administration shall release $21,498.00 of the amount withheld from Ms. Mandrell's past-due benefits to her attorney, Melanie Williams, in accordance with agency policy; (2) Ms. Williams shall pay the lesser EAJA award of $7,500 to Ms. Mandrell; (3) the Social Security Administration shall release any remaining portion of the withheld funds from Ms. Mandrell's past-due benefits award to Ms. Mandrell.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE